IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 88-1886-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SOUTH FLORIDA WATER
MANAGEMENT DISTRICT, *et al.*,

    Defendants.

_____/

### SETTLING PARTIES' JOINT STATUS REPORT PURSUANT TO APRIL 19, 2012 ORDER

The State of Florida Department of Environmental Protection and the South Florida Water Management District ("State Parties") and the United States (collectively the "Settling Parties") hereby provide this Status Report to the Court pursuant to this Court's April 19, 2012 Order Granting State Parties' Motion to Extend Abeyance to Facilitate (DE 2325). By that Order, the Court granted an abeyance until May 18, 2012 and directed the parties to "advise the Court on the status of their negotiations."

As the Settling Parties represented in the Settling Parties' Joint Status Report Pursuant to March 20, 2012 Order (Status Report), submitted on April 13, 2012 (DE 2323), the State and Federal Parties have been engaged in productive discussions for several months and have invested significant time and resources into expeditiously pursuing both technical consensus and agreement as to implementation.

Since the filing of April 13, 2012 Status Report, Florida and the United States have continued to meet and make progress in an effort to reach agreement on the terms, conditions and projects on the effluent limitation designed to meet water quality standards in the Everglades Protection Area, which include the Refuge and the Everglades National Park. On May 7, 2012, Region 4 of the Environmental Protection Agency submitted a letter to FDEP reaffirming its objections, with modifications, to its June 27, 2011 objections to five (5) NPDES permits that EPA reviewed for the Stormwater Treatment Areas operated by the District that discharge into the Everglades. Pursuant to Clean Water Act regulations, 40 C.F.R. § 123.44(g), FDEP is allowed 30 days, or until June 6, 2012, to submit revised permits to meet EPA's modified objections. FDEP is preparing, and will be submitting for EPA review, permits that FDEP anticipates will address and eliminate EPA's objections. Revised permits that FDEP submits to EPA for review will subsequently be publicly noticed so that interested parties will have the opportunity to comment on the permit provisions.

The Special Master has held periodic conferences by telephone to assess the progress being made by the Settling Parties. The last status conference with the Special Master was held on April 30, 2012 and the next status conference is scheduled to take place on May 21, 2012.

The Court's abeyance of these proceedings has contributed greatly to the efforts of the Settling Parties to work collaboratively in establishing comprehensive and effective restoration.[1]

Respectfully submitted on this 18th day of May, 2012.

---

[1] On March 26, 2012, the Settling Parties filed a Notice of Intent to Respond to the Recommendations Contained in the Report of the Special Master (March 1, 2012) Once Abeyance is Lifted (DE 2322). Consistent with that Notice, the Settling Parties will await the Court's ruling on the instant Motion before responding to the Special Master's Report.

| SOUTH FLORIDA WATER MANAGEMENT DISTRICT | FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION |
|---|---|

By:   s/ Kirk L. Burns            By:   s/ Parker D. Thomson

KIRK L. BURNS, ESQUIRE
Florida Bar No.: 515711
3301 Gun Club Road MSC-1410
West Palm Beach, Florida 33406
561.682.6546 (Telephone)
561.682.6276 (Facsimile)

PARKER D. THOMSON, ESQUIRE
Fla. Bar No.: 081225
Hogan Lovells US LLP
200 South Biscayne Boulevard, 4th Floor
Miami, Florida 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550

UNITED STATES OF AMERICA

By:   s/ Keith E. Saxe

KEITH E. SAXE, ASSISTANT CHIEF
P.O. Box 663
Washington, DC 20044-0663
keith.saxe@usdoj.gov (Email)

IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
EDWARD S. GELDERMANN
Senior Trial Attorney
JOSEPH T. MATHEWS
Trial Attorney

CHARLES A. De MONACO, ESQUIRE
Fox Rothschild LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, Pennsylvania 15222
(412) 394-6929 (Telephone)
(412) 391-6984 (Facsimile)

THOMAS M. BEASON, ESQUIRE
Florida Bar No.: 178766
DAVID CROWLEY, ESQUIRE
Florida Bar No.: 227994
KENNETH B. HAYMAN, ESQUIRE
Florida Bar No.: 94250
Office of General Counsel, Florida DEP
Marjory Stoneman Douglas Building
3900 Commonwealth Blvd., M.S. 35
Tallahassee, Florida 32399-3000
(850) 245-2295 (Telephone)
(850) 245-2147 (Facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 18, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.  Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Parker D. Thomson