# Key Projects
# Construction Schedule



**2012-2016**

- Eastern Flow-Path: 45,000 acre-foot Flow Equalization Basin
- Central Flow-Path: 54,000 acre-foot Flow Equalization Basin

**2013-2018**

- Eastern Flow-Path: 4,700 acres of Stormwater Treatment Area (STA)

**2018-2024**

- Eastern Flow-Path: 1,800 acres of STA (*2018-2022*)
- Western Flow-Path: 11,000 acre-foot Flow Equalization Basin (*2018-2023*)
- Western Flow-Path: 800 acres of earthwork within existing STAs to maximize effective treatment area (*2019-2024*)

sfwmd.gov

**Designed to achieve Everglades Protection Area ambient water quality standard of 10 ppb**