UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 88:1886-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SOUTH FLORIDA WATER
MANAGEMENT DISTRICT, *et al.*,

    Defendants.

## UNITED STATES' MOTION FOR A STAY OF PENDING DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of all pending deadlines in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the Department of the Interior, whose interests are represented by the Department of Justice in this matter. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Department of the Interior are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all pending deadlines in this case until Congress has restored appropriations to the Department.

Those deadlines include the January 4 deadline for replies in support of the United States' Motion for a Continuance [D.E. 2467], and the January 16 deadline to respond to the District's Motion to Vacate [D.E. 2459].

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Departments. The United States requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Pursuant to Local Rule 7.1(a)(3), the United States requested the positions of the parties on this request for a stay. DEP, the Miccosukee Tribe, Conservation Interests, and Audubon Society do not object to the requested stay. Western Palm Beach County Farm Bureau, Roth Farms, Inc., K.B.W. Farms do not object assuming that the stay applies to all parties. The District's counsel was contacted but had not provided a position as of the time of filing. The United States attempted to contact counsel for U.S. Sugar, City of Belle Glade, and City of Clewiston, but was unable to make contact prior to this filing.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of the pending deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted on this 31st day of December, 2018

    JEAN WILLIAMS
    Deputy Assistant Attorney General
    United States Department of Justice
    Environment and Natural Resources Division

    By: *Judith E. Coleman*
    JUDITH E. COLEMAN
    D.C. Bar No. 980382
    S.D. Fla. Special Bar No. A5502292

E-mail: judith.coleman@usdoj.gov
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
Facsimile:  (202) 305-0206

MARK A. BROWN
Florida Bar No. 099504
E-mail:  mark.brown@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Telephone: (202) 305-0204
Facsimile:  (202) 305-0275

Attorneys for Plaintiff United States of America